**JOSEPH B. ATKINS**
3815 S. Jones Blvd., #5
Las Vegas, NV 89103
(702) 405-7206

TRUSTEE

*Filed electronically November 6, 2014*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S 14-16006 LED |
| BLACKBURN, GREGORY J | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | TRUSTEE'S FINAL REPORT IN AN ASSET CASE AMENDED TO A NO ASSET CASE |
| | (NO FUNDS RECEIVED) |

    Pursuant to 11 U.S.C.§704(2) and (9), the undersigned trustee of the above-entitled estate, hereby files the Trustee's Final Account and Report in an Asset Case amended to a No Asset Case and declares as follows:

1. This case was filed on 09/04/14 and amended to a no asset case on November 6, 2014.

2. An accounting of the disposition of all property is attached hereto as Form 1, Estate Property Record and Report.

3. I have not received any funds or other property of the estate. All property of the estate has been properly accounted for as provided by law.

    I certify under penalty of perjury that the foregoing is true and correct. Therefore, I request that this report be accepted, that I be discharged as Trustee, and that my bond be canceled.

Dated: November 6, 2014

                                                                 */s/ Joseph B. Atkins*
                                                                Joseph B. Atkins, Trustee

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-16006 LED  
**Case Name:** BLACKBURN, GREGORY J  

**Period Ending:** 11/10/14

**Trustee:** (480040)    Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 09/04/14 (f)  
**§341(a) Meeting Date:** 10/08/14  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 MADAGASCAR RETAIN | 358,273.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE BANKS CHECKING ACCOUNT ENDING IN 9363 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 1 SHARE OF POKER INTERTAINMENT NETWORK (NV BUSIN<br>    possible scam | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 7 | 2014 TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2012 HYUNDAI SONATA MILEAGE: 67,000 | 8,976.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 CHEVY SILVERADO MILEAGE: 20,000 (SURRENDER) | 24,536.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets**    Totals (Excluding unknown values) | **$455,085.00** | **$60,000.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/10/2014 01:09 PM    V.13.18

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 14-16006 LED | Trustee: | (480040) | Joseph B. Atkins, Trustee |
| Case Name: | BLACKBURN, GREGORY J | Filed (f) or Converted (c): | 09/04/14 (f) | |
| | | §341(a) Meeting Date: | 10/08/14 | |
| Period Ending: | 11/10/14 | Claims Bar Date: | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**          **Current Projected Date Of Final Report (TFR):**

Printed: 11/10/2014 01:09 PM    V.13.18

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-16006 LED
**Case Name:** BLACKBURN, GREGORY J

**Trustee:** (480040)    Joseph B. Atkins, Trustee
**Filed (f) or Converted (c):** 09/04/14 (f)
**§341(a) Meeting Date:** 10/08/14
**Claims Bar Date:**

**Period Ending:** 11/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 MADAGASCAR RETAIN | 358,273.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE BANKS CHECKING ACCOUNT ENDING IN 9363 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 1 SHARE OF POKER INTERTAINMENT NETWORK (NV BUSIN<br>possible scam | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 7 | 2014 TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2012 HYUNDAI SONATA MILEAGE: 67,000 | 8,976.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 CHEVY SILVERADO MILEAGE: 20,000 (SURRENDER) | 24,536.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets    Totals** (Excluding unknown values) | **$455,085.00** | **$60,000.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/10/2014 01:09 PM    V.13.18

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16006 LED
**Case Name:** BLACKBURN, GREGORY J

**Trustee:** (480040)   Joseph B. Atkins, Trustee
**Filed (f) or Converted (c):** 09/04/14 (f)
**§341(a) Meeting Date:** 10/08/14

**Period Ending:** 11/10/14

**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**              **Current Projected Date Of Final Report (TFR):**

**JOSEPH B. ATKINS**  
3815 S. Jones Blvd., #5  
Las Vegas, NV 89103  
(702) 405-7206  

TRUSTEE  

*Filed electronically November 6, 2014*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | CASE NO. BK-S 14-16006 LED |
| BLACKBURN, GREGORY J | IN PROCEEDINGS UNDER CHAPTER 7 |
| Debtor(s) | TRUSTEE'S FINAL REPORT IN AN ASSET CASE AMENDED TO A NO ASSET CASE |
| | (NO FUNDS RECEIVED) |

Pursuant to 11 U.S.C.§704(2) and (9), the undersigned trustee of the above-entitled estate, hereby files the Trustee's Final Account and Report in an Asset Case amended to a No Asset Case and declares as follows:

1. This case was filed on 09/04/14 and amended to a no asset case on November 6, 2014.

2. An accounting of the disposition of all property is attached hereto as Form 1, Estate Property Record and Report.

3. I have not received any funds or other property of the estate. All property of the estate has been properly accounted for as provided by law.

I certify under penalty of perjury that the foregoing is true and correct. Therefore, I request that this report be accepted, that I be discharged as Trustee, and that my bond be canceled.

Dated: November 6, 2014

                                            */s/ Joseph B. Atkins*  
                                            Joseph B. Atkins, Trustee

| | | Page: 1 |
|---|---|---|
| | **Form 1** | |
| | **Individual Estate Property Record and Report** | |
| | **Asset Cases** | |

**Case Number:** 14-16006 LED  
**Case Name:** BLACKBURN, GREGORY J  

**Trustee:** (480040)    Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 09/04/14 (f)  
**§341(a) Meeting Date:** 10/08/14  

**Period Ending:** 11/10/14  
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2016 MADAGASCAR RETAIN | 358,273.00 | 0.00 | | 0.00 | FA |
| 2 | CASH ON HAND | 100.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE BANKS CHECKING ACCOUNT ENDING IN 9363 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS & FURNISHINGS | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 100.00 | 0.00 | | 0.00 | FA |
| 6 | 1 SHARE OF POKER INTERTAINMENT NETWORK (NV BUSIN<br>   possible scam | 60,000.00 | 60,000.00 | | 0.00 | FA |
| 7 | 2014 TAX REFUND | Unknown | 0.00 | | 0.00 | FA |
| 8 | 2012 HYUNDAI SONATA MILEAGE: 67,000 | 8,976.00 | 0.00 | | 0.00 | FA |
| 9 | 2014 CHEVY SILVERADO MILEAGE: 20,000 (SURRENDER) | 24,536.00 | 0.00 | | 0.00 | FA |
| 9 | **Assets    Totals**  (Excluding unknown values) | **$455,085.00** | **$60,000.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/10/2014 01:09 PM    V.13.18

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-16006 LED
**Case Name:** BLACKBURN, GREGORY J

**Period Ending:** 11/10/14

**Trustee:** (480040)    Joseph B. Atkins, Trustee
**Filed (f) or Converted (c):** 09/04/14 (f)
**§341(a) Meeting Date:** 10/08/14
**Claims Bar Date:**

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**